1  Robert J. Gibson (#144974)
   SNELL & WILMER L.L.P.
2  600 Anton Boulevard, Suite 1400
   Costa Mesa, California 92626-7689
3  Phone: (714) 427-7000
   Fax: (714) 427-7799
4  Email: hgibson@swlaw.com

5  Attorneys for Defendant
   GEICO General Insurance Company

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

| | |
|---|---|
| DENISE B. JOAQUIN, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: C-07-03259 MMC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT GEICO GENERAL INSURANCE COMPANY TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>DATE OF FILING: July 3, 2007<br>TRIAL DATE: None Set |

        Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Defendant GEICO General Insurance Company shall have an extension up to and including August 27, 2007 in which to respond to Plaintiffs' Amended Complaint.

///
///
///
///
///

538337

Stipulation Extending Time For GEICO To Respond To Plaintiffs' Amended Complaint
Case No.: C:07-03259 MMC

| | | |
|---|---|---|
| 1 | Dated: July 27 2007 | THE QUISENBERRY LAW FIRM |
| 2 | | |
| 3 | | By: *[signature]* |
| 4 | | John N. Quisenberry |
| | | Robert J. Drexler |
| 5 | | Attorneys for Plaintiffs |
| 6 | | |
| 7 | Dated: Aug 6, 2007 | SNELL & WILMER L.L.P. |
| 8 | | |
| 9 | | By: *[signature]* |
| | | Robert J. Gibson |
| 10 | | Attorneys for GEICO General |
| | | Insurance Company |

Snell & Wilmer L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7008

- 2 -

Stipulation Extending Time For GEICO To Respond To Plaintiffs' Amended Complaint
Case No.: C:07-03259 MMC

PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On August 6, 2007 I served, in the manner indicated below, the foregoing document described as:

**STIPULATION EXTENDING TIME FOR DEFENDANT GEICO GENERAL INSURANCE COMPANY TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| **PLAINTIFF COUNSEL** | John N. Quisenberry, Esquire<br>Robert J. Drexler Jr., Esquire<br>Heather M. McKeon, Esquire<br>Daniel A. Crawford, Esquire<br>THE QUISENBERRY LAW FIRM<br>2049 Century Park East<br>Suite 2200<br>Los Angeles, California 90067<br>310.785.7966<br>310.785.0254, fax<br>jquisenberry@quislaw.com |
|---|---|

__X__   BY E-FILING: I caused such document to be sent electronically to the court; pursuant to General Order No. 45, electronic filing constitutes service upon the parties.

__X__   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on August 6, 2007, at Costa Mesa, California.

//s//
Cheryl Wynn

538337

- 3 -

Stipulation Extending Time For GEICO To Respond To Plaintiffs' Amended Complaint
Case No.: C:07-03259 MMC