1  Robert J. Gibson (#144974)
   SNELL & WILMER L.L.P.
2  600 Anton Boulevard, Suite 1400
   Costa Mesa, California 92626-7689
3  Phone: (714) 427-7000
   Fax: (714) 427-7799
4  Email: hgibson@swlaw.com

5  Attorneys for Defendant
   GEICO General Insurance Company

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  DENISE B. JOAQUIN,                  CASE NO.: C-07-03259 MMC
    Individually, and on Behalf of All
13  Others Similarly Situated,          STIPULATION EXTENDING TIME
                                        FOR DEFENDANT GEICO
                    Plaintiffs,         GENERAL INSURANCE COMPANY
14                                      TO RESPOND TO PLAINTIFFS'
    vs.                                 AMENDED COMPLAINT
15
    GEICO GENERAL INSURANCE            DATE OF FILING:   July 3, 2007
16  COMPANY, an Iowa corporation,      TRIAL DATE:       None Set
    and DOES 1 through 10, inclusive,
17
                    Defendants.
18

19

20       Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED by and

21  between the parties hereto, through their respective attorneys of record, that

22  Defendant GEICO General Insurance Company shall have an extension up to and

23  including August 27, 2007 in which to respond to Plaintiffs' Amended Complaint.

24  ///
25  ///
26  ///
27  ///
28  ///

538337

Dated: July 27, 2007

THE QUISENBERRY LAW FIRM

By: _____
John N. Quisenberry
Robert J. Drexler
Attorneys for Plaintiffs

Dated: Aug 6, 2007

SNELL & WILMER L.L.P.

By: _____
Robert J. Gibson
Attorneys for GEICO General
Insurance Company

Dated: August 8, 2007

**IT IS SO ORDERED**
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA