| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Sheila Carmody, Esquire (#006831, AZ)
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202
602.382.6000 (602.382.6070, fax) scarmody@swlaw.com

FILED
07 AUG -9 PM 4:48

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DENISE B. JOAQUIN, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff(s),

v.

GEICO GENERAL INSURANCE COMPANY, an Iowa Corporation; and DOES 1 through 10, Inclusive,

    Defendant(s).

CASE NO. C 07-03259 MMC

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Sheila Carmody, an active member in good standing of the bar of the State of Arizona, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing GEICO GENERAL INSURANCE in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Robert J. Gibson (#144974), Snell & Wilmer L.L.P., 600 Anton Blvd., Suite 1400, Costa Mesa, CA 92626 (714.427.7001)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug. 8, 2007