UNITED STATES DISTRICT COURT
Northern District of California

E-filing

DENISE B. JOAQUIN, Individually and on Behalf of All Others Similarly Situated,

CASE NO. C 07-03259 MMC

Plaintiff(s),

v.

GEICO GENERAL INSURANCE COMPANY, an Iowa Corporation; and DOES 1 through 10, Inclusive

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Sheila Carmody , an active member in good standing of the bar of the State of Arizona whose business address and telephone number (particular court to which applicant is admitted) is

Snell & Wilmer L.L.P., One Arizona Center, 400 East Van Buren, Phoenix, Arizona 85004-2202 (602.382.6000)

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing GEICO GENERAL INSURANCE COMPANY, .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: AUG 1 3 2007

United States District Judge