1  Robert J. Gibson (#144974)
   SNELL & WILMER L.L.P.
2  600 Anton Boulevard, Suite 1400
   Costa Mesa, California 92626-7689
3  Phone: (714) 427-7000
   Fax: (714) 427-7799
4  Email: hgibson@swlaw.com

5  Attorneys for Defendant
   GEICO General Insurance Company
6

7

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION

| | |
|---|---|
| DENISE B. JOAQUIN, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: C-07-03259 MMC<br><br>Honorable Maxine M. Chesney<br>Courtroom 7<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO OCTOBER 5, 2007**<br><br>DATE OF FILING:   June 21, 2007<br>TRIAL DATE:       None Set |

Pursuant to Local Rule 6-1(b), IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective attorneys of record, that the Initial Case Management Conference currently scheduled for September 28, 2007, will be continued and rescheduled to October 5, 2007. It is further STIPULATED AND AGREED that the last day for the parties to file their Rule 26(f) report and to complete initial disclosures will be continued and rescheduled to September 28, 2007.

///

///

///

539951

Stipulation and Order Continuing Case Management Conference
Case No.: C:07-03259 MMC

Dated: August 13, 2007         THE QUISENBERRY LAW FIRM

                               By: _____
                                   John N. Quisenberry
                                   Robert J. Drexler
                                   Attorneys for Plaintiffs


Dated: August 15, 2007         SNELL & WILMER L.L.P.

                               By: _____
                                   Robert J. Gibson
                                   Attorneys for GEICO General Insurance
                                   Company


IT IS SO ORDERED.

Dated: _____, 2007


                               By: _____
                                   Maxine M. Chesney
                                   United States District Judge
                                   Northern District of California

539951

- 2 -

Stipulation and Order Continuing Case Management Conference
Case No.: C:07-03259 MMC

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On August 15, 2007 I served, in the manner indicated below, the foregoing document described as:

**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO OCTOBER 5, 2007**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| **PLAINTIFF COUNSEL** | John N. Quisenberry, Esquire<br>Robert J. Drexler Jr., Esquire<br>Heather M. McKeon, Esquire<br>Daniel A. Crawford, Esquire<br>THE QUISENBERRY LAW FIRM<br>2049 Century Park East<br>Suite 2200<br>Los Angeles, California 90067<br>310.785.7966<br>310.785.0254, fax<br>jquisenberry@quislaw.com |
|---|---|

__X__   BY E-FILING: I caused such document to be sent electronically to the court; pursuant to General Order No. 45, electronic filing constitutes service upon the parties.

__X__   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on August 15, 2007, at Costa Mesa, California.

_____
Cheryl Wynn