Robert J. Gibson (#144974)
Sheila Carmody (*pro hac vice*)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
714.427.7000
714.427.7799, fax
hgibson@swlaw.com
scarmody@swlaw.com

Attorneys for Defendant
GEICO General Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENISE B. JOAQUIN, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: C-07-03259 MMC<br><br>Honorable Maxine M. Chesney<br>Courtroom 7<br><br>**NOTICE OF APPEARANCE OF ATTORNEY, SHEILA CARMODY**<br><br>DATE OF FILING:   June 21, 2007<br>TRIAL DATE:   None Set |

Please take notice that, pursuant to the August 14, 2007 Order Granting Application for Admission of Attorney *Pro Hac Vice*, Sheila Carmody is counsel of record for GEICO General Insurance Company, along with Robert J. Gibson, and therefore should receive all appropriate electronic notices that pertain to this matter.

Dated: August 15, 2007                         SNELL & WILMER L.L.P.

                                                By://s//_____
                                                Sheila Carmody
                                                Attorneys for Defendant
                                                GEICO General Insurance Company

539951

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On August 15, 2007 I served, in the manner indicated below, the foregoing document described as:

**NOTICE OF APPEARANCE OF ATTORNEY, SHEILA CARMODY**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| **PLAINTIFF COUNSEL** | John N. Quisenberry, Esquire<br>Robert J. Drexler Jr., Esquire<br>Heather M. McKeon, Esquire<br>Daniel A. Crawford, Esquire<br>THE QUISENBERRY LAW FIRM<br>2049 Century Park East<br>Suite 2200<br>Los Angeles, California 90067<br>310.785.7966<br>310.785.0254, fax<br>jquisenberry@quislaw.com |
|---|---|

_X_   BY E-FILING: I caused such document to be sent electronically to the court; pursuant to General Order No. 45, electronic filing constitutes service upon the parties.

_X_   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on August 15, 2007, at Costa Mesa, California.

//s//
Cheryl Wynn

539951

2

Notice of Appearance of Attorney (Carmody)
Case No.: C:07-03259 MMC