1  Robert J. Gibson (#144974)
   SNELL & WILMER L.L.P.
2  600 Anton Boulevard, Suite 1400
   Costa Mesa, California 92626-7689
3  Phone: (714) 427-7000
   Fax: (714) 427-7799
4  Email: hgibson@swlaw.com

5  Attorneys for Defendant
   GEICO General Insurance Company

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

| | |
|---|---|
| 11 DENISE B. JOAQUIN, Individually, and on Behalf of All Others Similarly 12 Situated, | CASE NO.: C-07-03259 MMC |
| | Honorable Maxine M. Chesney Courtroom 7 |
| 13 Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE TO OCTOBER 5, 2007** |
| 14 vs. | |
| 15 GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, and 16 DOES 1 through 10, inclusive, | |
| | DATE OF FILING: June 21, 2007 |
| | TRIAL DATE: None Set |
| 17 Defendants. | |

18

19

20      Pursuant to Local Rule 6-1(b), IT IS HEREBY STIPULATED AND AGREED, by

21 and between the parties hereto, through their respective attorneys of record, that the Initial

22 Case Management Conference currently scheduled for September 28, 2007, will be

23 continued and rescheduled to October 5, 2007. It is further STIPULATED AND

24 AGREED that the last day for the parties to file their Rule 26(f) report and to complete

25 initial disclosures will be continued and rescheduled to September 28, 2007.

26 ///

27 ///

28 ///
539951

1 | Dated: August 3, 2007

THE QUISENBERRY LAW FIRM

By: /s/ Robert Drexler
John N. Quisenberry
Robert J. Drexler
Attorneys for Plaintiffs

7 | Dated: August 15, 2007

SNELL & WILMER L.L.P.

By: /s/
Robert J. Gibson
Attorneys for GEICO General Insurance Company

12 | IT IS SO ORDERED.

13 | Dated: August 20, 2007

By: /s/ Maxine M. Chesney
Maxine M. Chesney
United States District Judge
Northern District of California

539951

- 2 -

Stipulation and Order Continuing Case Management Conference
Case No.: C:07-03259 MMC