

1  Robert J. Gibson (#144974)
   Sheila Carmody (*pro hac vice*)
2  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
3  Costa Mesa, California  92626-7689
   Phone: (714) 427-7000
4  Fax: (714) 427-7799
   hgibson@swlaw.com
5  scarmody@swlaw.com

6  Attorneys for Defendant
   GEICO General Insurance Company
7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11 DENISE B. JOAQUIN, Individually,          CASE NO.: C-07-03259 MMC
   and on Behalf of All Others Similarly
12 Situated,                                 Honorable Maxine M. Chesney
                                             Courtroom 7
13                   Plaintiffs,
                                             **DEFENDANT GEICO GENERAL**
14 vs.                                       **INSURANCE COMPANY'S REQUEST**
                                             **FOR JUDICIAL NOTICE IN SUPPORT**
15 GEICO GENERAL INSURANCE                   **OF ITS MOTION TO DISMISS**
   COMPANY, an Iowa corporation, and         **PLAINTIFF'S FIRST AMENDED**
16 DOES 1 through 10, inclusive,             **COMPLAINT PURSUANT TO FRCP**
                                             **12(b)(6)**
17                   Defendants.
                                             **[Filed Concurrently With Notice of**
18                                           **Motion and Motion to Dismiss;**
                                             **Declaration of Dan Beacom and Daniel S.**
19                                           **Rodman In Support of Motion to**
                                             **Dismiss; Proposed Order]**
20
                                             Date:        October 5, 2007
21                                           Time:        9:00 a.m.
                                             Courtroom:   7
22
                                             DATE OF FILING:   June 21, 2007
23                                           TRIAL DATE:       None Set
24

25        Pursuant to Rule 201 of the Federal Rules of Evidence, Defendant GEICO General

26 Insurance Company (hereinafter "GEICO") requests that this Court take judicial notice of

27 the following:

28        1.       Transcript of Senate Committee on Banking, Finance & Insurance Oversight

Snell & Wilmer
L.L.P.—
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1    Hearing: Department of Insurance, dated November 21, 2005, attached as Exhibit "A."

2        2.    Order by California Insurance Commissioner approving Stipulation and

3    Waiver between the California Department of Insurance and GEICO, dated May 2, 2007,

4    attached as Exhibit "B."

5        4.    California Insurance Code §§790-790.10, attached as Exhibit "C."

6        5.    10 CCR §§2695.1 - 2695.12, attached as Exhibit "D."

7        6.    10 CCR §2698.91, attached as Exhibit "E."

8        7.    California Insurance Code §758(c), attached as Exhibit "F."

9        8.    California Insurance Code §758.5, attached as Exhibit "G."

10        9.    10 CCR 2695.8(f)(3), attached as Exhibit "H."

11        10.    10 CCR 2698.91, attached as Exhibit "I."

12    GEICO also requests that the Court take judicial notice of the following California

13    Insurance Code statutes, which are not attached as Exhibits due to the voluminous nature

14    of these documents:

15        11.    California Insurance Code §§1-16030.

16        12.    California Insurance Code §758 *et seq*.

17    GEICO incorporates this Request for Judicial Notice into its Notice of Motion and

18    Motion for Partial Summary Judgment, as well as its Points and Authorities in Support

19    Thereof, filed concurrently herewith.

20    GEICO incorporates this Request for Judicial Notice into its Notice of Motion and

21    Motion to Dismiss, as well as its Points and Authorities in Support Thereof, filed

22    concurrently herewith.

542272.1

- 2 -

Dated:  August 27, 2007                    SNELL & WILMER L.L.P.


                                           By: _____
                                              Robert J. Gibson
                                              Sheila Carmody
                                              Attorneys for Defendant GEICO General
                                              Insurance Company

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

542272.1

- 3 -

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF GEICO'S MOTION TO DISMISS
Case No.: C:07-03259 MMC