**EXHIBIT F**

Service: **Get by LEXSTAT®**
TOC: Deering's California Code Annotated > / . . . / > Article 5.1. Unlawful Practices > **§ 758. Requirement that repair shop pay for rental vehicle**
Citation: **Cal. Ins. Code 758**

*Cal Ins Code § 758*

Deering's California Codes Annotated
Copyright © 2007 by Matthew Bender & Company, Inc.
a member of the LexisNexis Group.
All rights reserved.

**Practitioner's Toolbox**   ? □

**± History**

**± Notes**

\*\*\* THIS DOCUMENT REFLECTS ALL URGENCY
LEGISLATION ENACTED \*\*\*
\*\*\* THROUGH 2007 CH. 28, APPROVED 7/2/07 \*\*\*

INSURANCE CODE
Division 1.  General Rules Governing Insurance
Part 2.  The Business of Insurance
Chapter 1.  General Regulations
Article 5.1.  Unlawful Practices

**GO TO CALIFORNIA CODES ARCHIVE DIRECTORY**

Cal Ins Code § 758 (2007)

## § 758.  Requirement that repair shop pay for rental vehicle

**(a)** It is unlawful for an insurer to require an auto body repair shop registered pursuant to Sections 9884 and 9889.52 of the Business and Professions Code, as a condition of participation in the insurer's direct repair program, to pay for the cost of an insured's rental vehicle that is replacing an insured vehicle damaged in an accident, or to pay for the towing charges of the insured with respect to that accident. However, the insurer and the auto body repair shop may agree in writing to terms and conditions under which the rental vehicle charges become the responsibility of the auto body repair shop when the shop fails to complete work within the agreed-upon time for repair of the damaged vehicle.

**(b)** A registered auto body repair shop that is denied participation in an insurer's direct repair program may report a denial to the department, which shall maintain a record of all those denials for the purposes of gathering market conduct information. An insurer, upon the request of the department, shall disclose the fact that a denial was made.

**(c)** Any insurer that conducts an auto body repair labor rate survey to determine and set a specified prevailing auto body rate in a specific geographic area shall report the results of that survey to the department, which shall make the information available upon request. The survey information shall include the names and addresses of the auto body repair shops and the total number of shops surveyed.

**⏚ History:**

Added Stats 2000 ch 867 § 15 (SB 1988).

**⏚ Notes:**

⬇ 1. Former Sections
⬇ 2. Editor's Notes

⬆ 1.

**Former Sections:**

Former § 758, relating to employers' pay rolls and insurers' agents, as enacted 1935, and repealed by voters, Prop 103 § 7, effective November 9, 1988.

⬆ 2.

**Editor's Notes**

For citation of act, see the 2000 note following Ins C § 750.

**Hierarchy Notes:**

Ins Code Note

Div. 1 Note

Div. 1, Pt. 2 Note

Div. 1, Pt. 2, Ch. 1, Art. 5.1 Note

Service: **Get by LEXSTAT®**
TOC: Deering's California Code Annotated > / . . . / > Article 5.1. Unlawful Practices > **§ 758. Requirement that repair shop pay for rental vehicle**
Citation: **Cal. Ins. Code 758**
View: Full
Date/Time: Tuesday, July 10, 2007 - 11:56 AM EDT

 **LexisNexis®**    About LexisNexis | Terms & Conditions
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.