**EXHIBIT G**

428710.1

Service: **Get by LEXSTAT®**
TOC: Deering's California Code Annotated > /.../ > Article 5.1. Unlawful Practices > **§ 758.5. Requiring automobile to be repaired at specific dealer**
Citation: **Cal Ins Code § 758.5**

Cal Ins Code § 758.5

Deering's California Codes Annotated
Copyright © 2007 by Matthew Bender & Company, Inc.
a member of the LexisNexis Group.
All rights reserved.

**Practitioner's Toolbox**

**History**

*** THIS DOCUMENT REFLECTS ALL URGENCY LEGISLATION ENACTED ***
*** THROUGH 2007 CH. 28, APPROVED 7/2/07 ***

INSURANCE CODE
Division 1. General Rules Governing Insurance
Part 2. The Business of Insurance
Chapter 1. General Regulations
Article 5.1. Unlawful Practices

**GO TO CALIFORNIA CODES ARCHIVE DIRECTORY**

Cal Ins Code § 758.5 (2007)

## § 758.5. Requiring automobile to be repaired at specific dealer

**(a)** No insurer shall require that an automobile be repaired at a specific automotive repair dealer, as defined in Section 9880.1 of the Business and Professions Code.

**(b)**

**(1)** No insurer shall suggest or recommend that an automobile be repaired at a specific automotive repair dealer unless either of the following applies:

**(A)** A referral is expressly requested by the claimant.

**(B)** The claimant has been informed in writing of the right to select the automotive repair dealer.

**(2)** If the recommendation is accepted by the claimant, the insurer shall cause the damaged vehicle to be restored to its condition prior to the loss at no additional cost to the claimant other than as stated in the policy or as is otherwise allowed by law. If the recommendation of an automotive repair dealer is done orally, and if the oral recommendation is accepted by the claimant, the insurer shall provide the information contained in this paragraph, as noted in the statement below, to the claimant at the time the recommendation is made. The insurer shall send the written notice required by this paragraph within five calendar days from the oral recommendation. The written notice required by this paragraph shall include the following statement plainly printed in no less than 10-point type: "WE ARE PROHIBITED BY LAW FROM REQUIRING THAT REPAIRS BE DONE AT A SPECIFIC AUTOMOTIVE REPAIR DEALER. YOU ARE ENTITLED TO SELECT THE AUTO BODY REPAIR SHOP TO REPAIR DAMAGE COVERED BY US. WE HAVE RECOMMENDED AN AUTOMOTIVE REPAIR DEALER THAT WILL REPAIR YOUR DAMAGED VEHICLE. IF YOU AGREE TO USE OUR RECOMMENDED AUTOMOTIVE REPAIR DEALER, WE WILL CAUSE THE DAMAGED VEHICLE TO BE RESTORED TO ITS CONDITION PRIOR TO THE LOSS AT NO ADDITIONAL COST TO YOU OTHER THAN AS

STATED IN THE INSURANCE POLICY OR AS OTHERWISE ALLOWED BY LAW. IF YOU EXPERIENCE A PROBLEM WITH THE REPAIR OF YOUR VEHICLE, PLEASE CONTACT US IMMEDIATELY FOR ASSISTANCE."

**(c)** Except as provided in subparagraph (A) of paragraph (1) of subdivision (b), after the claimant has chosen an automotive repair dealer, the insurer shall not suggest or recommend that the claimant select a different automotive repair dealer.

**(d)** Any insurer that, by the insurance contract, suggests or recommends that an automobile be repaired at a particular automotive repair dealer shall also do both of the following:

**(1)** Prominently disclose the contractual provision in writing to the insured at the time the insurance is applied for and at the time the claim is acknowledged by the insurer.

**(2)** If the claimant elects to have the vehicle repaired at the shop of his or her choice, the insurer shall not limit or discount the reasonable repair costs based on charges that would have been incurred had the vehicle been repaired by the insurer's chosen shop.

**(e)** For purposes of this section, "claimant" means a first-party claimant or insured, or a third-party claimant who asserts a right of recovery for automotive repairs under an insurance policy.

**(f)** The powers of the commissioner to enforce this section shall include those granted in Article 6.5 (commencing with Section 790) of Chapter 1 of Part 2 of Division 1.

## History:

Added Stats 2003 ch 791 § 1 (SB 551).

## Hierarchy Notes:

Ins Code Note

Div. 1 Note

Div. 1, Pt. 2 Note

Div. 1, Pt. 2, Ch. 1, Art. 5.1 Note

Service: **Get by LEXSTAT®**
TOC: Deering's California Code Annotated > / . . . / > Article 5.1. Unlawful Practices > **§ 758.5. Requiring automobile to be repaired at specific dealer**
Citation: **Cal Ins Code § 758.5**
View: Full
Date/Time: Tuesday, July 10, 2007 - 12:01 PM EDT



About LexisNexis | Terms & Conditions
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.