**EXHIBIT I**

Service: **Get by LEXSTAT®**
TOC: Barclays Official California Code of Regulations > / . . . / > ARTICLE 7. DIRECT REPAIR PROGRAMS AND AUTO BODY REPAIR LABOR RATE SURVEYS > **§ 2698.91. Auto Body Repair Labor Rate Surveys**
Citation: **10 ccr 2698.91**

*10 CCR 2698.91*

BARCLAYS OFFICIAL CALIFORNIA CODE OF REGULATIONS
Copyright (c) 2007 by Barclays Law Publishers
All rights reserved

* THIS DOCUMENT IS CURRENT THROUGH REGISTER 2007, NO. 32, AUGUST 10, 2007 *

TITLE 10. INVESTMENT
CHAPTER 5. INSURANCE COMMISSIONER
SUBCHAPTER 9. INSURANCE FRAUD
ARTICLE 7. DIRECT REPAIR PROGRAMS AND AUTO BODY REPAIR LABOR RATE SURVEYS

10 CCR 2698.91 (2007)

§ 2698.91. Auto Body Repair Labor Rate Surveys

(a) An "auto body repair labor rate survey" is any gathering of information from auto body repair shops regarding what auto body repair labor rate the repair shops charge to determine and set a specified prevailing auto body repair rate in a specific geographic area.

(b) "Prevailing auto body rate" means the rate determined and set by an insurer as a result of conducting an auto body labor rate survey of auto body repair shops in a particular geographic area and used by the insurer as a basis for determining the cost to settle automobile collision, physical damage, and liability claims for auto body repairs.

(c) Any labor rate survey results reported to the Department of Insurance pursuant to Insurance Code section 758 shall include the following:

(1) The name of each auto body repair shop surveyed in the labor rate survey;

(2) The address of each auto body repair shop surveyed in the labor rate survey;

(3) The total number of shops surveyed in the labor rate survey;

(4) The prevailing rate established by the insurer for each geographic area surveyed;

(5) A description of the specific geographic area covered by the prevailing labor rate reported.

(6) A description of the formula or method the insurer used to calculate or determine the specific prevailing auto body rate reported for each specific geographic area.

Any confidential information not required by this section should be removed from the labor rate survey results prior to submitting the survey to the Department of Insurance.

(d) Insurers shall send the results of their labor rate survey to the Market Conduct Division of the Department of Insurance.

(e) The Department of Insurance will make the reports available upon written request to the Custodian of Record pursuant to the Public Records Act.

AUTHORITY:

Note: Authority cited: Sections 758, 12921 and 12926, Insurance Code. Reference: Section 758, Insurance Code; sections 6250-6276.48, Government Code.

HISTORY:

1. New section filed 9-25-2002; operative 10-25-2002 (Register 2002, No. 39).

**NOTES:**

ARTICLE 7. DIRECT REPAIR PROGRAMS AND AUTO BODY REPAIR LABOR RATE SURVEYS

Service: **Get by LEXSTAT®**
TOC: Barclays Official California Code of Regulations > / . . . / > ARTICLE 7. DIRECT REPAIR PROGRAMS AND AUTO BODY REPAIR LABOR RATE SURVEYS > **§ 2698.91. Auto Body Repair Labor Rate Surveys**
Citation: **10 ccr 2698.91**
View: Full
Date/Time: Friday, August 24, 2007 - 3:50 PM EDT



About LexisNexis | Terms & Conditions
Copyright © 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.