Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENISE B. JOAQUIN, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: C-07-03259 MMC<br><br>Honorable Maxine M. Chesney<br>Courtroom 7<br><br>**[PROPOSED] ORDER ON DEFENDANT GEICO GENERAL INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>Date:         October 5, 2007<br>Time:        9:00 a.m.<br>Courtroom:  7<br><br>DATE OF FILING:   June 21, 2007<br>TRIAL DATE:        None Set |

Having considered the moving and opposition papers, and the arguments of counsel, if any, the Court hereby ORDERS that Defendant GEICO General Insurance Company's Motion to Dismiss Plaintiff's First Amended Complaint is GRANTED.

Dated: _____          _____
                                                                    Honorable Maxine M. Chesney
                                                                    United States District Judge

542269.1

- 1 -