Robert J. Gibson (#144974)
Sheila Carmody (*pro hac vice*)
SNELL & WILMER L.L.P.
600 Anton 1Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Phone: (714) 427-7001
Fax: (714) 427-7799
hgibson@swlaw.com
scarmody@swlaw.com

Attorneys for Defendant
GEICO General Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENISE B. JOAQUIN, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: C-07-03259 MMC<br><br>Honorable Maxine M. Chesney<br>Courtroom 7<br><br>**JOINT ADR CERTIFICATION**<br><br>DATE OF FILING:   June 21, 2007<br>TRIAL DATE:   None Set |

Pursuant to Civil Local Rules, Rule 16-8(b) and ADR Local Rules, Rule 3-5(b), each of the undersigned certifies that he or she has:

1.  Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing Program (ECF) under General Order 45);

2.  Discussed the available dispute resolution options provided by the Court and private entities; and

545215.1

1    3.    Considered whether this case might benefit from any of the available
2 dispute resolution options.

3

4 Dated: September 13, 2007                THE QUISENBERRY LAW FIRM

5

6                                          By://s//
                                              _____
7                                              John N. Quisenberry, Esquire
                                               Robert J. Drexler Jr., Esquire
8                                              Heather M. McKeon, Esquire
                                               Daniel A. Crawford, Esquire
9                                              Attorneys for Plaintiffs

10

11
    Dated: September 13, 2007               SNELL & WILMER L.L.P.
12

13                                          By://s//
                                              _____
14                                              Robert J. Gibson
                                                Sheila Carmody
15                                              Attorneys for Defendant GEICO General
                                                Insurance Company
16

17

18

19

20

21

22

23

24

25

26

27

28

545215.1                              - 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

# **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On September 13, 2007 I served, in the manner indicated below, the foregoing document described as:

**JOINT ADR CERTIFICATION**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| **PLAINTIFF COUNSEL** | John N. Quisenberry, Esquire<br>Robert J. Drexler Jr., Esquire<br>Heather M. McKeon, Esquire<br>Daniel A. Crawford, Esquire<br>THE QUISENBERRY LAW FIRM<br>2049 Century Park East<br>Suite 2200<br>Los Angeles, California 90067<br>310.785.7966<br>310.785.0254, fax<br>jquisenberry@quislaw.com |
|---|---|

_X_  BY E-FILING: I caused such document to be sent electronically to the court; pursuant to General Order No. 45, electronic filing constitutes service upon the parties.

_X_  FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on September 13, 2007, at Costa Mesa, California.

//s//
Cheryl Wynn

545215.1      - 3 -

JOINT ADR CERTIFICATION
Case No.: C:07-03259 MMC