JOHN N. QUISENBERRY, ESQ. (SBN 94751)
jquisenberry@quislaw.com
ROBERT J. DREXLER, JR., ESQ. (SBN 119119)
rdrexler@quislaw.com
HEATHER M. McKEON, ESQ. (SBN 186414)
hmckeon@quislaw.com
DANIEL A. CRAWFORD, ESQ. (SBN 187807)
dcrawford@quislaw.com
**THE QUISENBERRY LAW FIRM**
2049 Century Park East, Suite 2200
Los Angeles, California 90067
Telephone: (310) 785-7966
Fax: (310) 785-0254

Attorneys for Plaintiff
DENISE B. JOAQUIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE B. JOAQUIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURNCE COMPANY, a Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-03259 MMC<br><br>(Case assigned to Hon. Maxine M. Chesney Courtroom 7)<br><br>**DECLARATION OF DANIEL A. CRAWFORD RE: LATE FILING OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Filed:    June 21, 2007<br><br>Date:    October 5, 2007<br>Time:    9:00 a.m.<br>Place:    Ctrm. 7<br><br>Trial Date:    None set |

I, Daniel A. Crawford, hereby declare as follows:

1. I am an attorney licensed to practice before all courts of the State of California and before this Court. I am employed by The Quisenberry Law Firm, counsel of record for Plaintiff Denise Joaquin in the present case. The following matters are within my personal knowledge and I

1  could testify to them competently if called to do so.

2      2. This declaration is made in support of Plaintiff's Opposition to the Motion to Dismiss the First Amended Complaint. Plaintiff's Opposition is being filed and served after the designated time therefore. The late filing is my fault and due to my inadvertence only. It is not due to any inadvertence or lack of diligence on the part of Plaintiff Denise Joaquin.

    3. The Opposition is filed late because I failed to enter the due date for that document properly on our office calendar. I mistakenly believed the Opposition was due to be filed 14 days prior to the hearing date on the Motion, and failed to note that local rule 7-3 requires opposing papers to be filed 21 days in advance of a hearing. Upon learning of the 21 day requirement, Plaintiff's Opposition is being filed and served at the earliest possible date.

    4. A copy of Plaintiff's Opposition is being sent to Defendant's counsel electronically via e-mail on September 17, 2007, to avoid any prejudice to Defendant from the late filing. Thus, Defendant's counsel should receive a copy of the Opposition on the same day they would have received it if it had been timely served on September 14, 2007.

I certify under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed in Los Angeles, California, on September 17, 2007.

_____
DANIEL A. CRAWFORD

**PROOF OF SERVICE - C.C.P. §1013a, 2015.5**

I certify and state that I am now and at all times herein mentioned was, a citizen of the United States, over the age of eighteen (18) years, a resident of the County of Los Angeles, and not a party to the within action or cause. My business address is THE QUISENBERRY LAW FIRM, A Professional Corporation, 2049 Century Park East, Suite 2200, Los Angeles, California 90067.

I hereby certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I further certify that on September 17, 2007, I caused to be served the copies of the attached:

**DECLARATION OF DANIEL A. CRAWFORD RE: LATE FILING OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**

on the parties in said action as follows:

☐ **(BY REGULAR MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said document(s) will be deposited with United States Post Office mail box at Los Angeles, California, addressed as follows:

☐ **(BY OVERNIGHT MAIL)** by placing a true copy thereof enclosed in a sealed envelope, prepaid, deposited with the _____ carrier/box at Los Angeles, California, addressed as follows:

☐ **(BY FACSIMILE)** by placing a true copy thereof into a facsimile machine addressed to the person, address and facsimile number, as follows:

☐ **(BY PERSONAL SERVICE)** by causing to be personally delivered by hand and leaving a true copy with the person and/or secretary at the address shown below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 17, 2007, at Los Angeles, California.

SUSAN H. AVANT
[Print Name]                                    [Signature]

188193.1

## SERVICE LIST

| | |
|---|---|
| Colleen Duffy Smith, Esq.<br>James H. McManis, Esq.<br>David Joseph Perez, Esq.<br>Michael Gannon Reedy, Esq.<br>McManis Faulkner & Morgan<br>50 W. San Fernando St., 10th Flr.<br>San Jose, CA 95113 | Attorneys for Plaintiffs<br>G & C AUTO BODY, INC. and DIBBLE'S AUTHOBODY<br>Telephone: (408) 279-8700<br>Fax: (408) 279-3244<br>cduffysmith@mfmlaw.com<br>jmcmanis@mfmlaw.com<br>dperez@mfmlaw.com<br>mreedy@mfmlaw.com<br><br>**Via First Class Mail** |
| Sheila K. Carmody, Esq.<br>Joshua Grabel, Esq.<br>Paul L. Stoller, Esq.<br>Daniel S. Rodman, Esq.<br>Snell & Wilmer LLP<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ 85004 | Attorneys for Defendants<br>GEICO Casualty Company, GEOCO General Insurance Company, GEICO Indemnity and Government Employees Insurance Company<br>Telephone: (602) 382-6268<br>Fax: (602) 382-6070<br>scarmody@swlaw.com<br>jgrabel@swlaw.com<br>pstoller@swlaw.com<br><br>**Via First Class Mail** |
| Samantha Kuper Feld, Esq.<br>Robert J. Gibson, Esq.<br>Snell & Wilmer LLP<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92626 | Attorneys for Defendants<br>GEICO Casualty Company, GEOCO General Insurance Company, GEICO Indemnity and Government Employees Insurance Company<br>Telephone: (714) 427-7410<br>Fax: (714) 427-7799<br>sfeld@swlaw.com<br>hgibson@swlaw.com<br><br>**Via Overnight Mail and Email** |

THE QUISENBERRY LAW FIRM

188193.1