JOHN N. QUISENBERRY, ESQ. (SBN 94751)
jquisenberry@quislaw.com
ROBERT J. DREXLER, JR., ESQ. (SBN 119119)
rdrexler@quislaw.com
HEATHER M. McKEON, ESQ. (SBN 186414)
hmckeon@quislaw.com
DANIEL A. CRAWFORD, ESQ. (SBN 187807)
dcrawford@quislaw.com
**THE QUISENBERRY LAW FIRM**
2049 Century Park East, Suite 2200
Los Angeles, California 90067
Telephone: (310) 785-7966
Fax: (310) 785-0254

Attorneys for Plaintiff
DENISE B. JOAQUIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE B. JOAQUIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURNCE COMPANY, a Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-03259 MMC<br><br>(Case assigned to Hon. Maxine M. Chesney Courtroom 7)<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Filed:     June 21, 2007<br><br>Date:     October 5, 2007<br>Time:    9:00 a.m.<br>Place:    Ctrm. 7<br><br>Trial Date:    None set |

**TO THE HONORABLE MAXINE M. CHESNEY, JUDGE OF THE ABOVE-ENTITLED COURT:**

1   Pursuant to Federal Rules of Evidence, Rule 201, Plaintiff Denise Joaquin requests that
2   the Court take judicial notice of the document attached hereto, entitled "Auto Body Shop Labor Rate
3   Survey Regulations, CDI File Number RH05044654, Rescission of Rulemaking Action," in
4   connection with Plaintiff's Opposition to Motion to Dismiss.

6   DATED: September 17, 2007

THE QUISENBERRY LAW FIRM
JOHN N. QUISENBERRY
ROBERT J. DREXLER, JR.
HEATHER M. McKEON
DANIEL A. CRAWFORD

By: /s/ Daniel A. Crawford
DANIEL A. CRAWFORD
Attorneys for Plaintiff
DENISE B. JOAQUIN

Auto Body Shop Labor Rate Survey Regulations
CDI File Number RH05044654
Rescission of Rulemaking Action

On March 13, 2007, the California Department of Insurance (CDI) issued a Notice of Second Amendment to Text of Proposed Regulations and Material Added to Rulemaking File in connection with the proposed labor rate survey regulations. CDI hereby rescinds that notice.

Public comments on the changes proposed in the March 15 notice are not required and, if submitted, will not be subject to the summary and response provisions of section 11346.9(a)(3) of the Government Code.

Pursuant to Government Code section 11349.4, CDI has requested and been granted a 90 extension to submit revised regulations to the Office of Administrative Law (OAL). CDI will use that time to evaluate the advisability of additional changes to the regulation prior to resubmitting it to OAL. Amendments to the regulation will be made available at a later date pursuant to section 11346.8(c) of the Government Code.

# PROOF OF SERVICE - C.C.P. §1013a, 2015.5

I certify and state that I am now and at all times herein mentioned was, a citizen of the United States, over the age of eighteen (18) years, a resident of the County of Los Angeles, and not a party to the within action or cause. My business address is THE QUISENBERRY LAW FIRM, A Professional Corporation, 2049 Century Park East, Suite 2200, Los Angeles, California 90067.

I hereby certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I further certify that on September 17, 2007, I caused to be served the copies of the attached:

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**

on the parties in said action as follows:

☐ **(BY REGULAR MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said document(s) will be deposited with United States Post Office mail box at Los Angeles, California, addressed as follows:

☐ **(BY OVERNIGHT MAIL)** by placing a true copy thereof enclosed in a sealed envelope, prepaid, deposited with the _____ carrier/box at Los Angeles, California, addressed as follows:

☐ **(BY FACSIMILE)** by placing a true copy thereof into a facsimile machine addressed to the person, address and facsimile number, as follows:

☐ **(BY PERSONAL SERVICE)** by causing to be personally delivered by hand and leaving a true copy with the person and/or secretary at the address shown below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 17, 2007, at Los Angeles, California.

SUSAN H. AVANT
[Print Name]                                    [Signature]

188193.1

## SERVICE LIST

| | |
|---|---|
| Colleen Duffy Smith, Esq.<br>James H. McManis, Esq.<br>David Joseph Perez, Esq.<br>Michael Gannon Reedy, Esq.<br>McManis Faulkner & Morgan<br>50 W. San Fernando St., 10th Flr.<br>San Jose, CA 95113 | Attorneys for Plaintiffs<br>G & C AUTO BODY, INC. and DIBBLE'S AUTHOBODY<br>Telephone: (408) 279-8700<br>Fax: (408) 279-3244<br>cduffysmith@mfmlaw.com<br>jmcmanis@mfmlaw.com<br>dperez@mfmlaw.com<br>mreedy@mfmlaw.com<br><br>**Via First Class Mail** |
| Sheila K. Carmody, Esq.<br>Joshua Grabel, Esq.<br>Paul L. Stoller, Esq.<br>Daniel S. Rodman, Esq.<br>Snell & Wilmer LLP<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ 85004 | Attorneys for Defendants<br>GEICO Casualty Company, GEOCO General Insurance Company, GEICO Indemnity and Government Employees Insurance Company<br>Telephone: (602) 382-6268<br>Fax: (602) 382-6070<br>scarmody@swlaw.com<br>jgrabel@swlaw.com<br>pstoller@swlaw.com<br><br>**Via First Class Mail** |
| Samantha Kuper Feld, Esq.<br>Robert J. Gibson, Esq.<br>Snell & Wilmer LLP<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92626 | Attorneys for Defendants<br>GEICO Casualty Company, GEOCO General Insurance Company, GEICO Indemnity and Government Employees Insurance Company<br>Telephone: (714) 427-7410<br>Fax: (714) 427-7799<br>sfeld@swlaw.com<br>hgibson@swlaw.com<br><br>**Via Overnight Mail and Email** |

THE QUISENBERRY LAW FIRM

2

188193.1