# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Joaquin,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>,<br><br>　　　　　　Defendant(s). | 07-03259 MMC<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**
07-03259 MMC                                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: September 19, 2007

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
07-03259 MMC                              -2-

PROOF OF SERVICE

Case Name:     Joaquin v.

Case Number:   07-03259 MMC

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 19, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Daniel Albert Crawford
> The Quisenberry Law Firm
> 2049 Century Park East
> Suite 2200
> Los Angeles, CA 90067
> dcrawford@quislaw.com
>
> Heather Michelle McKeon
> The Quisenberry Law Firm
> 2049 Century Park East, Suite  #2200
> Los Angeles, CA 90067
> hmckeon@quislaw.com
>
> Robert Joseph Drexler Jr.
> The Quisenberry Law Firm
> 2049 Century Park East
> Suite 2200
> Los Angeles, CA 90067
> rdrexler@quislaw.com
>
> John Nolan Quisenberry

The Quisenberry Law Firm
2049 Century Park East
Ste 2200
Los Angeles, CA 90067
jquisenberry@quislaw.com

Robert J. Gibson
Snell & Wilmer LLP
600 Anton Blvd.
Suite 1400
Costa Mesa, CA 92626-7689
hgibson@swlaw.com

Sheila K Carmody
Snell & Wilmer LLP
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004
scarmody@swlaw.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 19, 2007 in San Francisco, California.

 RICHARD W. WIEKING
 Clerk
 by:   Timothy J. Smagacz

 *Timothy Smagacz*
 _____
 ADR Administrative Assistant
 415-522-4205
 Tim_Smagacz@cand.uscourts.gov