| | |
|---|---|
| 1 | Robert J. Gibson (#144974) |
| 2 | Sheila Carmody (*pro hac vice*) |
|   | SNELL & WILMER L.L.P. |
| 3 | 600 Anton Boulevard, Suite 1400 |
|   | Costa Mesa, California 92626-7689 |
| 4 | Phone: (714) 427-7001 |
|   | Fax: (714) 427-7799 |
| 5 | hgibson@swlaw.com |
|   | scarmody@swlaw.com |
| 6 | Attorneys for Defendant |
| 7 | GEICO General Insurance Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENISE B. JOAQUIN, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: C-07-03259 MMC<br><br>Honorable Maxine M. Chesney<br>Courtroom 7<br><br>**GEICO GENERAL INSURANCE COMPANY'S CERTIFICATION AS TO INTERESTED PARTIES**<br><br>DATE OF FILING: June 21, 2007<br>TRIAL DATE: None Set |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant GEICO General Insurance Company certifies that Berkshire Hathaway, Inc., a publicly held corporation, is the ultimate parent corporation (owning 100%) of GEICO General Insurance Company, Government Employees Insurance Company, GEICO Casualty Company and GEICO Indemnity Company. GEICO further certifies that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities that (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

546470.1                                                                                     Case No. C-07-03259 MMC

1. <u>Defendant or Defendant Related Entities</u>:

   GEICO General Insurance Company

   Government Employees Insurance Company

   GEICO Indemnity Insurance Company

   GEICO Casualty Insurance Company

   Berkshire Hathaway, Inc.

2. <u>Plaintiff</u>:

   Denise B. Joaquin

3. <u>Non-Party</u>:

   G&C Auto Body, Inc.

Dated: September 19, 2007          SNELL & WILMER L.L.P.


By:/s/
   Robert J. Gibson
   Sheila Carmody
   Attorneys for Defendant
   GEICO General Insurance Company

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On September 19, 2007 I served, in the manner indicated below, the foregoing document described as:

**GEICO'S CERTIFICATION AS TO INTERESTED PARTIES**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| **PLAINTIFF COUNSEL** | John N. Quisenberry, Esquire <br> Robert J. Drexler Jr., Esquire <br> Heather M. McKeon, Esquire <br> Daniel A. Crawford, Esquire <br> THE QUISENBERRY LAW FIRM <br> 2049 Century Park East <br> Suite 2200 <br> Los Angeles, California 90067 <br> 310.785.7966 <br> 310.785.0254, fax <br> jquisenberry@quislaw.com |
|---|---|

☒   BY E-FILING: I caused such document to be sent electronically to the court; pursuant to General Order No. 45, electronic filing constitutes service upon the parties.

☒   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on September 19, 2007, at Costa Mesa, California.

//s//
Cheryl Wynn