1  Robert J. Gibson (#144974)
   Sheila Carmody (*pro hac vice*)
2  SNELL & WILMER L.L.P.
   600 Anton Boulevard, Suite 1400
3  Costa Mesa, California 92626-7689
   Phone: (714) 427-7001
4  Fax: (714) 427-7799
   hgibson@swlaw.com
5  scarmody@swlaw.com

6  Attorneys for Defendant
   GEICO General Insurance Company
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11 | DENISE B. JOAQUIN, Individually, and on Behalf of All Others Similarly Situated, | CASE NO.: C-07-03259 MMC |
|---|---|
12 | | Honorable Maxine M. Chesney Courtroom 7 |
13 | Plaintiffs, | **NOTICE OF NEED FOR ADR PHONE CONFERENCE** |
14 | vs. | |
15 | GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, and DOES 1 through 10, inclusive, | DATE OF FILING: June 21, 2007<br>TRIAL DATE: None Set |
16 | | |
17 | Defendants. | |

18

19     Counsel report that they have met and conferred regarding ADR; that they have not

20 yet reached an agreement to an ADR process; but that they are amendable to, and request,

21 an Early Settlement Conference with a Magistrate Judge.

22     Date of Case Management Conference: October 5, 2007.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

546752.1

(Left margin: Snell & Wilmer L.L.P., LAW OFFICES, 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689, (714) 427-7000)

The following counsel will participate in the ADR phone conference:

| Name | Party Represented | Phone No. | Email |
|---|---|---|---|
| Robert J. Gibson | GEICO General Insurance Company | 714.427.7001 | hgibson@swlaw.com |
| Sheila Carmody | GEICO General Insurance Company | 602.382.6268 | scarmody@swlaw.com |
| John Quisenberry | Denise B. Joaquin | 310.785.7966 | jquisenberry@quislaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: September 20, 2007        THE QUISENBERRY LAW FIRM

                                 By://s//
                                    John N. Quisenberry
                                    Robert J. Drexler Jr.
                                    Daniel A. Crawford
                                    Attorneys for Plaintiffs


Dated: September 20, 2007        SNELL & WILMER L.L.P.

                                 By://s//
                                    Robert J. Gibson
                                    Sheila Carmody
                                    Attorneys for Defendant GEICO General
                                    Insurance Company

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On September 20, 2007 I served, in the manner indicated below, the foregoing document described as:

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| **PLAINTIFF COUNSEL** | John N. Quisenberry, Esquire<br>Robert J. Drexler Jr., Esquire<br>Heather M. McKeon, Esquire<br>Daniel A. Crawford, Esquire<br>THE QUISENBERRY LAW FIRM<br>2049 Century Park East<br>Suite 2200<br>Los Angeles, California 90067<br>310.785.7966<br>310.785.0254, fax<br>jquisenberry@quislaw.com |
|---|---|

__X__   BY E-FILING: I caused such document to be sent electronically to the court; pursuant to General Order No. 45, electronic filing constitutes service upon the parties.

__X__   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on September 20, 2007, at Costa Mesa, California.

　　　　　　　　　　//s//
　　　　　　　　　　Cheryl Wynn

546752.1

- 3 -