IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE B. JOAQUIN, Individually, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GEICO GENERAL INSURANCE COMPANY, an IOWA corporation, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-3259  MMC<br><br>**ORDER OF RECUSAL** |

    I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of the Assignment Plan.

    All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

    **IT IS SO ORDERED.**

Dated: September 20, 2007

                                                    MAXINE M. CHESNEY<br>
                                                    United States District Judge