Robert J. Gibson (#144974)
Sheila Carmody (*pro hac vice*)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Phone: (714) 427-7001
Fax: (714) 427-7799
hgibson@swlaw.com
scarmody@swlaw.com

Attorneys for Defendant
GEICO General Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENISE B. JOAQUIN, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: C-07-03259 JSW<br><br>Honorable Jeffrey S. White<br>Courtroom 2<br><br>**AMENDED NOTICE OF HEARING ON DEFENDANT GEICO GENERAL INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>Date:       December 7, 2007<br>Time:      900 a.m.<br>Courtroom: 2<br><br>DATE OF FILING:   June 21, 2007<br>TRIAL DATE:         None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 7, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard in Courtroom 2 of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendant GEICO General Insurance Company ("GEICO") through its counsel, Snell & Wilmer L.L.P., will move to dismiss Plaintiff Denise B. Joaquin's ("Plaintiff") First Amended Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

547726.1

Case No. C-07-03259 JSW
Amended Notice of Hearing on GEICO's Motion to Dismiss

1    GEICO incorporates by reference its previously filed Notice of Motion and Motion
2  to Dismiss, Memorandum of Points and Authorities in Support Thereof, Declarations of
3  Dan Beacom and Daniel S. Rodman, and Request for Judicial Notice, into this Amended
4  Notice of Hearing.

6  Dated: September 25, 2007                SNELL & WILMER L.L.P.

8                                           By://s//
                                                Robert J. Gibson
9                                               Sheila Carmody
                                                Attorneys for Defendant GEICO General
10                                              Insurance Company

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

547726.1                         - 1 -
                                           Case No. C-07-03259 JSW
                                 Amended Notice of Hearing on GEICO's Motion to Dismiss

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On September 25, 2007 I served, in the manner indicated below, the foregoing document described as:

**AMENDED NOTICE OF HEARING ON DEFENDANT GEICO GENERAL INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| **PLAINTIFF COUNSEL** | John N. Quisenberry, Esquire<br>Robert J. Drexler Jr., Esquire<br>Heather M. McKeon, Esquire<br>Daniel A. Crawford, Esquire<br>THE QUISENBERRY LAW FIRM<br>2049 Century Park East<br>Suite 2200<br>Los Angeles, California 90067<br>310.785.7966<br>310.785.0254, fax<br>jquisenberry@quislaw.com |
|---|---|

_X_  BY E-FILING: I caused such document to be sent electronically to the court; pursuant to General Order No. 45, electronic filing constitutes service upon the parties.

_X_  FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on September 25, 2007, at Costa Mesa, California.

//s//
Cheryl Wynn

547726.1

- 2 -

Case No. C-07-03259 JSW
Amended Notice of Hearing on GEICO's Motion to Dismiss