Robert J. Gibson (#144974)
Sheila Carmody (*pro hac vice*)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California  92626-7689
Phone: (714) 427-7001
Fax: (714) 427-7799
hgibson@swlaw.com
scarmody@swlaw.com

Attorneys for Defendant
GEICO General Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENISE B. JOAQUIN, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: C-07-03259 JSW<br><br>Honorable Jeffrey S. White<br>Courtroom 2<br><br>**DEFENDANT GEICO GENERAL INSURANCE COMPANY'S ONE-PAGE SUMMARY OF ARGUMENT IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)**<br><br>Date:        December 7, 2007<br>Time:        9:00 a.m.<br>Courtroom: 2<br><br>DATE OF FILING:        June 21, 2007<br>TRIAL DATE:        None Set |

Pursuant to paragraph 6 of the Court's Civil Standing Orders, Defendant GEICO

General Insurance Company ("GEICO") submits the following one-page summary of

argument in support of its Motion to Dismiss Plaintiff's First Amended Complaint

Pursuant to Federal Rule of Civil Procedure 12(b)(6).

///

///

///

547595.2

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1      The California Department of Insurance's ("DOI") Order, Exhibit B to GEICO's

2 Request for Judicial Notice in Support of its Motion to Dismiss, governs Plaintiff's claims

3 and provides Plaintiff with a complete remedy: reimbursement of the $97.56 she allegedly

4 paid to her auto body repair shop. Therefore, Plaintiff's Complaint must be dismissed

5 without leave to amend on the following grounds:

6      1.    This Court should abstain from exercising jurisdiction over Plaintiff's

7 Complaint because Plaintiff's claims are subject to extensive regulation by the DOI, and

8 the DOI has already investigated the very claims alleged in this lawsuit and issued a

9 comprehensive Order that applies to Plaintiff and governs her claims. *Feitelberg v. Credit*

10 *Suisse First Boston, LLC* (2005) 134 Cal. App. 4th 997, 1009; Cal. Ins. Code §§1–16030.

11      2.    Plaintiff has failed to exhaust her administrative remedies and her claims are

12 moot because the DOI's Order provides Plaintiff with a complete remedy and Plaintiff has

13 not sought relief from that Order. *Karlin v. Zalta* (1984) 154 Cal. App. 3d 953, 987.

14      3.    Because Plaintiff has been offered a complete reimbursement pursuant to

15 the DOI's Order, she has not suffered any injury in fact, and she has not lost any money.

16 Thus, she lacks standing under California Business & Professions Code Section 17200.

17      4.    Plaintiff's B&P Section 17200 claim fails as a matter of law because it

18 improperly attempts to circumvent Insurance Code Section 790.03's ban on private rights

19 of action by bootstrapping an alleged violation of Section 790.03 onto a B&P Section

20 17200 cause of action. *Maler v. Superior Court* (1990) 220 Cal. App. 3d 1592, 1598.

21      5.    Plaintiff lacks standing because the DOI's Order completely remedies all of

22 Plaintiff's claims. Thus, she may not seek relief on behalf of herself or any member of the

23 purported class. *Rodriguez v. Gates* (CD CA 2002) 2002 U.S. Dist. LEXIS 10654, *12.

24      6.    There has been no breach of contract, or breach of covenant of good faith

25 and fair dealing, because GEICO's willingness to pay the commonly accepted repair rates

26 is not prohibited by Plaintiff's insurance policy, nor any insurance regulation. *Levy v.*

27 *State Farm Mutual Automobile Ins. Co.* (2007) 150 Cal. App. 4th 1, 9 (insurance contract

28 did not require payment of higher rates charged by non-party repair shops.)

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  September __, 2007                    SNELL & WILMER L.L.P.

By://s//_____
            Robert J. Gibson
            Sheila Carmody
            Attorneys for Defendant GEICO General
            Insurance Company

**Snell & Wilmer**
—— L.L.P. ——
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92676-7689
(714) 427-7000

547595.2

- 2 -

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On September 25, 2007 I served, in the manner indicated below, the foregoing document described as:

**DEFENDANT GEICO GENERAL INSURANCE COMPANY'S ONE-PAGE SUMMARY OF ARGUMENT IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| **PLAINTIFF COUNSEL** | John N. Quisenberry, Esquire<br>Robert J. Drexler Jr., Esquire<br>Heather M. McKeon, Esquire<br>Daniel A. Crawford, Esquire<br>THE QUISENBERRY LAW FIRM<br>2049 Century Park East<br>Suite 2200<br>Los Angeles, California 90067<br>310.785.7966<br>310.785.0254, fax<br>jquisenberry@quislaw.com |
|---|---|

 X    BY E-FILING: I caused such document to be sent electronically to the court; pursuant to General Order No. 45, electronic filing constitutes service upon the parties.

 X    FEDERAL:  I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on September 25, 2007, at Costa Mesa, California.

_//s//_
Cheryl Wynn

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

547595.2

- 3 -