JOHN N. QUISENBERRY, ESQ. (SBN 94751)
jquisenberry@quislaw.com
ROBERT J. DREXLER, JR., ESQ. (SBN 119119)
rdrexler@quislaw.com
HEATHER M. McKEON, ESQ. (SBN 186414)
hmckeon@quislaw.com
DANIEL A. CRAWFORD, ESQ. (SBN 187807)
dcrawford@quislaw.com
**THE QUISENBERRY LAW FIRM**
2049 Century Park East, Suite 2200
Los Angeles, California 90067
Telephone: (310) 785-7966
Fax: (310) 785-0254

Attorneys for Plaintiff
DENISE B. JOAQUIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE B. JOAQUIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, a Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-03259 JSW<br><br>(Case assigned to Hon. Jeffrey S. White Courtroom 2)<br><br>**NOTICE OF COURT ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT; PROOF OF SERVICE THEREOF**<br><br>Filed:    June 21, 2007 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the Court's Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement, a copy of which is attached hereto as Exhibit A.

DATED: October 10, 2007

THE QUISENBERRY LAW FIRM
JOHN N. QUISENBERRY
ROBERT J. DREXLER, JR.
HEATHER M. McKEON
DANIEL A. CRAWFORD

By: /s/ Daniel A. Crawford
DANIEL A. CRAWFORD
Attorneys for Plaintiff
DENISE B. JOAQUIN

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENISE B. JOAQUIN,

    Plaintiff,

v.

GEICO GENERAL INSURANCE,

    Defendant.

No. C 07-03259 JSW

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on November 30, 2007, at 1:30 p.m., in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil L. R. 5-6(a).

The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than **five (5) court days** prior to the conference. The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

1  *Management Statement*, which can be found on the Court's website located at
2  http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9.  If any one or more of the parties is
3  proceeding without counsel, the parties may file separate case management statements.   Separate
4  statements my also address all of the topics set forth in the Standing Order referenced above.  Any
5  request to reschedule the date of the conference shall be made in writing, and by stipulation if
6  possible, at least ten (10) calendar days before the date of the conference and must be based upon
7  good cause.  In order to assist the Court in evaluating any need for disqualification or recusal, the
8  parties shall disclose to the Court the identities of any person, associations, firms, partnerships,
9  corporations or other entities known by the parties to have either (1) financial interest in the subject
10 matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be
11 substantially affected by the outcome of the proceeding.  If disclosure of non-party interested entities
12 or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference
13 the pleading or document in which the disclosure was made.  In this regard, counsel are referred to
14 the Court's Recusal Order posted on the Court website at the Judges Information link at
15 http://www.cand.uscourts.gov.
16 **IT IS SO ORDERED.**

18 Dated: October 10, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE - C.C.P. §1013a, 2015.5

I certify and state that I am now and at all times herein mentioned was, a citizen of the United States, over the age of eighteen (18) years, a resident of the County of Los Angeles, and not a party to the within action or cause. My business address is THE QUISENBERRY LAW FIRM, A Professional Corporation, 2049 Century Park East, Suite 2200, Los Angeles, California 90067.

I hereby certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I further certify that on October /2, 2007, I caused to be served the copies of the attached:

**NOTICE OF COURT ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT; PROOF OF SERVICE THEREOF**

on the parties in said action as follows:

☒ **(BY REGULAR MAIL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said document(s) will be deposited with United States Post Office mail box at Los Angeles, California, addressed as follows:

☐ **(BY OVERNIGHT MAIL)** by placing a true copy thereof enclosed in a sealed envelope, prepaid, deposited with the _____ carrier/box at Los Angeles, California, addressed as follows:

☐ **(BY FACSIMILE)** by placing a true copy thereof into a facsimile machine addressed to the person, address and facsimile number, as follows:

☐ **(BY PERSONAL SERVICE)** by causing to be personally delivered by hand and leaving a true copy with the person and/or secretary at the address shown below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October /2, 2007, at Los Angeles, California.

SUSAN H. AVANT                             [Signature]
[Print Name]

## SERVICE LIST

| | |
|---|---|
| Colleen Duffy Smith, Esq.<br>James H. McManis, Esq.<br>David Joseph Perez, Esq.<br>Michael Gannon Reedy, Esq.<br>McManis Faulkner & Morgan<br>50 W. San Fernando St., 10th Flr.<br>San Jose, CA 95113 | Attorneys for Plaintiffs<br>G & C AUTO BODY, INC. and DIBBLE'S AUTHOBODY<br>Telephone: (408) 279-8700<br>Fax: (408) 279-3244<br>cduffysmith@mfmlaw.com<br>jmcmanis@mfmlaw.com<br>dperez@mfmlaw.com<br>mreedy@mfmlaw.com |
| Sheila K. Carmody, Esq.<br>Joshua Grabel, Esq.<br>Paul L. Stoller, Esq.<br>Daniel S. Rodman, Esq.<br>Snell & Wilmer LLP<br>One Arizona Center<br>400 E. Van Buren<br>Phoenix, AZ 85004 | Attorneys for Defendants<br>GEICO Casualty Company, GEICO General Insurance Company, GEICO Indemnity and Government Employees Insurance Company<br>Telephone: (602) 382-6268<br>Fax: (602) 382-6070<br>scarmody@swlaw.com<br>jgrabel@swlaw.com<br>pstoller@swlaw.com |
| Samantha Kuper Feld, Esq.<br>Robert J. Gibson, Esq.<br>Snell & Wilmer LLP<br>600 Anton Blvd., Suite 1400<br>Costa Mesa, CA 92626 | Attorneys for Defendants<br>GEICO Casualty Company, GEICO General Insurance Company, GEICO Indemnity and Government Employees Insurance Company<br>Telephone: (714) 427-7410<br>Fax: (714) 427-7799<br>sfeld@swlaw.com<br>hgibson@swlaw.com |

THE QUISENBERRY LAW FIRM

188193.1