JOHN N. QUISENBERRY, ESQ. (SBN 94751)
**jquisenberry@quislaw.com**
ROBERT J. DREXLER, JR., ESQ. (SBN 119119)
**rdrexler@quislaw.com**
HEATHER M. McKEON, ESQ. (SBN 186414)
**hmckeon@quislaw.com**
DANIEL A. CRAWFORD, ESQ. (SBN 187807)
**dcrawford@quislaw.com**
**THE QUISENBERRY LAW FIRM**
2049 Century Park East, Suite 2200
Los Angeles, California 90067
Telephone: (310) 785-7966
Fax: (310) 785-0254

Attorneys for Plaintiff
DENISE B. JOAQUIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE B. JOAQUIN, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>     vs.<br><br>GEICO GENERAL INSURNCE COMPANY, a Corporation; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. C 07-03259 MMC<br><br>(Case assigned to Hon. Maxine M. Chesney Courtroom 7)<br><br>**DECLARATION OF ROBERT J. DREXLER, JR. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Filed:      June 21, 2007<br><br>Date:      December 7, 2007<br>Time:      9:00 a.m.<br>Place:      Ctrm. 7<br><br>Trial Date:      None set |

I, Robert J. Drexler, Jr., hereby declare as follows:

1.    I am an attorney licensed to practice before all courts of the State of California and before this Court. I am employed by The Quisenberry Law Firm, counsel of record for Plaintiff Denise Joaquin in the present case. The following matters are within my personal knowledge and I

1

THE QUISENBERRY LAW FIRM

1    could testify to them competently if called to do so.

2        2.    This declaration is made in support of Plaintiff's Opposition to the Motion to Dismiss

3    the First Amended Complaint.

4        3.    Attached hereto as Exhibit "A" is a true and correct copy of a letter dated September

5    18, 2007 which I received from Teresa R. Campbell, Senior Staff Counsel for the California

6    Department of Insurance ("DOI"), stating that the DOI has not made any changes to 10 CCR §

7    2698.91, and that "no new projects are underway to amend those sections."

8        4.    Plaintiff's counsel did not receive the September 18, 2007 letter from Ms. Campbell

9    until after Plaintiff's opposition to the Motion was filed.  Plaintiff's opposition brief and the

10   supporting evidence was filed on September 17, 2007.  At that time, we had not yet received the

11   letter, and we did not determine to file it in opposition to the Motion until later.

12

13       I certify under penalty of perjury under the laws of the United States of America and the

14   State of California that the foregoing is true and correct.  Executed in Los Angeles, California, on

15   November 7, 2007.

16

17   ROBERT J. DREXLER, JR.

18

19

20

21

22

23

24

25

26

27

28

THE QUISENBERRY LAW FIRM

Case No. C-07-03259 MMC
**DREXLER DECLARATION RE:**
**OPPOSITION TO MOTION TO DISMISS**

193979.1

EXHIBIT A

OCT. 18. 2007  6:17AM                                                          NO. 2605   P. 2

STATE OF CALIFORNIA                                          Steve Poizner, *Insurance Commissioner*
_____

## DEPARTMENT OF INSURANCE

**Legal Division**
45 Fremont Street, 21st Floor
San Francisco, CA 94105

Teresa R. Campbell
Senior Staff Counsel
TEL: 415-538-4126
FAX: 415-904-5490
E-Mail: campbellt@insurance.ca.gov
www.insurance.ca.gov


October 18, 2007


### VIA FACSIMILE AND U.S. MAIL (310) 785-0254

Robert J. Drexler, Jr.
The Quisenberry Law Firm
2049 Century Park East, Suite 2200
Los Angeles, CA 90067

SUBJECT:    Status of Auto Body Labor Rate Survey Regulations

Dear Mr. Drexler:

I am writing to you regarding the status of the amendments to the Auto Body Labor Rate Survey
Regulations. As you are aware, long ago, the Department began the process of amending
California Code of Regulations Section 2698.91, referred to as the Auto Body Labor Rate Survey
Regulations. These are the regulations currently implementing and clarifying Insurance Code
section 758(c).

When we last spoke, those proposed regulations had been disapproved by the Office of
Administrative Law and the Department was in the process of correcting and supplementing the
rulemaking file for resubmission to OAL for review and, eventually, adoption.

As of this time, the Insurance Commissioner has decided not to resubmit the rulemaking file for
further consideration and no new projects are underway to amend those sections. As a result, no
changes have been made to section 2698.91.

If you have any questions, please feel free to contact me.

Sincerely,


Teresa R. Campbell
Senior Staff Counsel


trc:trc


#425924v1              Consumer Hotline (800) 927-HELP • Producer Licensing (800) 967-9331