JOHN N. QUISENBERRY, ESQ. (SBN 94751)
**jquisenberry@quislaw.com**
ROBERT J. DREXLER, JR., ESQ. (SBN 119119)
**rdrexler@quislaw.com**
HEATHER M. McKEON, ESQ. (SBN 186414)
**hmckeon@quislaw.com**
DANIEL A. CRAWFORD, ESQ. (SBN 187807)
**dcrawford@quislaw.com**
**THE QUISENBERRY LAW FIRM**
2049 Century Park East, Suite 2200
Los Angeles, California 90067
Telephone: (310) 785-7966
Fax: (310) 785-0254

Attorneys for Plaintiff
DENISE B. JOAQUIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE B. JOAQUIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, a Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-03259 JSW<br><br>(Case assigned to Hon. Jeffrey S. White Courtroom 2)<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Filed:    June 21, 2007 |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
2  parties (including the putative class members), there is no such interest to report.

3

4  DATED: November 13, 2007

    THE QUISENBERRY LAW FIRM
    JOHN N. QUISENBERRY
    ROBERT J. DREXLER, JR.
    HEATHER M. McKEON
    DANIEL A. CRAWFORD

By: _____
    DANIEL A. CRAWFORD
    Attorneys for Plaintiff
    DENISE B. JOAQUIN