Robert J. Gibson (#144974)
Sheila Carmody (*pro hac vice*)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Phone: (714) 427-7001
Fax: (714) 427-7799
hgibson@swlaw.com
scarmody@swlaw.com

Attorneys for Defendant
GEICO General Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DENISE B. JOAQUIN, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an Iowa corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: C-07-03259 JSW<br><br>Honorable Jeffrey S. White<br>Courtroom 2<br><br>**GEICO GENERAL INSURANCE COMPANY'S OBJECTIONS TO THE UNTIMELY DECLARATION OF ROBER J. DREXLER FILED IN OPPOSITION TO GEICO'S MOTION TO DISMISS**<br><br>DATE OF FILING:   June 21, 2007<br>TRIAL DATE:         None Set |

Defendant GEICO General Insurance Company ("GEICO") submits the following objections to the untimely Declaration of Robert J. Drexler, which was filed by Plaintiff on November 7, 2007, in Opposition to GEICO's Motion to Dismiss.

1.   The Declaration and accompany Exhibit "A," which is a letter from the California Department of Insurance ("DOI") to Plaintiff's attorney regarding the status of amendments to California Code of Regulations §2698.91, is untimely and violates Civil Local Rule 7-3(d), which states that "once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval." Plaintiff filed her Opposition to GEICO's Motion to Dismiss on September 17,

1  2007. GEICO filed its Reply Memorandum on September 21, 2007. On November 7, 2007, over a month after GEICO filed its Reply Memorandum, Plaintiff's attorney filed the instant Declaration, without prior Court approval, and submitted the DOI letter in support of Plaintiff's Opposition. This Court should not consider this Declaration or the DOI letter in ruling on GEICO's Motion to Dismiss because the Declaration is untimely, violates Civil Local Rule 7-3(d), and since GEICO has already filed its Reply Memorandum, it does not have the opportunity to properly respond to the Declaration or the DOI letter.

2.  The DOI letter is irrelevant because the status of the amendments to California Code of Regulations §2698.91 has absolutely no bearing on: (1) the continuing jurisdiction of the DOI over Plaintiff's claim for alleged partial-payment for automotive repairs, (2) the comprehensive Order issued by the DOI on May 2, 2007 which provides for the reimbursement to Plaintiff of any out-of-pocket payments she made for the vehicle's repair, or (3) any other point of law raised in GEICO's Motion to Dismiss.

3.  The DOI letter constitutes inadmissible hearsay because it is an out of court statement offered for no other purpose than to prove the truth of the matter set forth therein: that the DOI will allegedly not be making any changes or amendments to California Code of Regulations §2698.91.

///
///
///
///
///
///
///
///
///

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

1  For all of these reasons, this Court should not consider the Declaration of
2  Robert J. Drexler or the DOI letter attached thereto as Exhibit "A" in ruling on
3  GEICO's Motion to Dismiss.

Dated: November 26, 2007                    SNELL & WILMER L.L.P.

                                            By://s//Robert J. Gibson
                                               Robert J. Gibson
                                               Sheila Carmody
                                               Attorneys for Defendant
                                               GEICO General Insurance Company

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626.

On November 26, 2007 I served, in the manner indicated below, the foregoing document described as:

**GEICO GENERAL INSURANCE COMPANY'S OBJECTIONS TO THE UNTIMELY DECLARATION OF ROBER J. DREXLER FILED IN OPPOSITION TO GEICO'S MOTION TO DISMISS**

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa addressed as follows:

| **PLAINTIFF COUNSEL** | John N. Quisenberry, Esquire<br>Robert J. Drexler Jr., Esquire<br>Heather M. McKeon, Esquire<br>Daniel A. Crawford, Esquire<br>THE QUISENBERRY LAW FIRM<br>2049 Century Park East<br>Suite 2200<br>Los Angeles, California 90067<br>310.785.7966<br>310.785.0254, fax<br>jquisenberry@quislaw.com |
|---|---|

☒ BY E-FILING: I caused such document to be sent electronically to the court; pursuant to General Order No. 45, electronic filing constitutes service upon the parties.

☒ FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on November 26, 2007, at Costa Mesa, California.

//s//
Cheryl Wynn