UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENISE B. JOAQUIN

      Plaintiff(s),                               No. C 07-03259 JSW

    v.                                       **CLERK'S NOTICE**

GEICO GENERAL INSURANCE

      Defendant(s).

_____/

    YOU ARE HEREBY NOTIFIED that on December 7, 2007, at 9:00 a.m., immediately following the hearing on the Motion to Dismiss, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** November 30, 2007, in this matter.

Richard W. Wieking
Clerk, United States District Court

By:_____*Jennifer Ottolini*_____
Jennifer Ottolini, Deputy Clerk
Honorable Jeffrey S. White
(415) 522-4173

Dated: November 27, 2007