United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENISE B. JOAQUIN,

    Plaintiffs,

v.

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

                                        /

No. C 07-03259 JSW

**ORDER VACATING HEARING AND RESETTING CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, December 7, 2007 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

The case management is HEREBY RESET for Friday, December 21, 2007 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: December 3, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE