UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENISE B. JOAQUIN

      Plaintiff(s),                                    No. C 07-03259 JSW

  v.                                                        **CLERK'S NOTICE**

GEICO GENERAL INSURANCE

      Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on February 15, 2008, at 1:30 p.m., in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** December 21, 2007, in this matter. The joint case management statement shall be due on or before February 8, 2008.

                                    Richard W. Wieking
                                    Clerk, United States District Court

                                    By:_____
                                    Jennifer Ottolini, Deputy Clerk
                                    Honorable Jeffrey S. White
                                    (415) 522-4173

Dated: December 12, 2007