**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    DENISE B. JOAQUIN, Individually, and on
     Behalf of All Others Similarly Situated,
10
11            Plaintiffs,                          No. C 07-3259 JSW
12      v.
13   GEICO GENERAL INSURANCE                       **JUDGMENT**
     COMPANY, an Iowa corporation, and DOES 1
14   through 10 inclusive,
15            Defendants.
16
17   _____/
18           Pursuant to the Order granting Defendant's motion to dismiss entered today, this action
19   is DISMISSED.  The Clerk is directed to close the file.
20           **IT IS SO ORDERED.**
21
22   Dated:  January 2, 2008                       _____
23                                                 JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE
24
25
26
27
28